UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LELAND FOSTER, individually, | ) |
| | ) Case No.: 6:14-cv-2021-Orl-37-KRS |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| ESA P PORTFOLIO, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, LELAND FOSTER, and Defendant, ESA P PORTFOLIO, LLC, by and through their undersigned counsel of record, hereby stipulate to the **DISMISSAL, WITH PREJUDICE** of the above-captioned civil action.  The Parties respectfully request that the Court retain jurisdiction to enforce the terms of the Confidential Settlement Agreement.

Respectfully submitted, this 5th day of June, 2015.

                                                *s/ Ayla M. Walker*
                                                Ayla M. Walker
                                                Florida Bar No. 98824

AYLA M. WALKER, ESQ.
401 E. Las Olas Blvd., Suite #1400
Fort Lauderdale, FL 33301
Telephone: (954) 800-3280
Facsimile: (954) 337-3181
Awalker@amwlaw.org
*Counsel for Plaintiff*

*s/   Alex Tirado-Luciano*
Alex Tirado-Luciano
Florida Bar No. 70894

Lydecker | Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190
Atl@lydeckerdiaz.com
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LELAND FOSTER, individually, | ) |
| | ) Case No.: 6:14-cv-2021-Orl-37-KRS |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| ESA P PORTFOLIO, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2015, I electronically filed this **STIPULATION OF DISMISSAL, WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Alex Tirado-Luciano
Atl@lydeckerdiaz.com


*s/ Ayla M. Walker*
Ayla M. Walker
Florida Bar No. 98824

AYLA M. WALKER, ESQ., *counsel for Plaintiff*
401 E. Las Olas Blvd., Suite #1400
Fort Lauderdale, FL 33301
Telephone: (954) 800-3280
Facsimile: (954) 337-3181
Awalker@amwlaw.org